# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jamaal Gittens**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00052-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| PHH Mortgage Corporation | ) | |
| Wells Fargo Bank N.A.**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 22, 2023 Order.

February 22, 2023

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court